[Print in black Ink - all areas in bold letters. Both pages *must* be completed. This summons *cannot* be used for divorce actions.]

Case 1:07-cv-06210-AJK-RLE    Document 1    Filed 07/03/2007    Page 1 of 4

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------x

_____,
LUIS E. ARAUJO
_____,
[your name(s)]                              -Plaintiff(s)

- against -

RUBIN SCHRON, ABE BILLER, BEN BLUMENFIELD
AKA: CENTRAL QUEENS PROPERTIES; A.K.A. 853 SE
VENTH AVE. OWNERS L.L.C., AKA 853 SEVENTH AVENUE
ASSOCIATES; A.K.A. 853 SEVENTH AVE REALTY CORPORATION;
NEIL HARTMAN, SAL KURTZ, VICTOR VIZINHA, MANOEL
JEREMIAS, RALPH LOPEZ, GILBERTO SMITH; 853 TENANTS OF 853;
[name(s) of party being sued]           Defendant(s)
------------------------------------------------x

AMENDED
SUMMONS WITH NOTICE

Index Number
07601778

Date Index Number
purchased MAY 29, 2007

To the Person(s) Named as Defendant(s) above:

PLEASE TAKE NOTICE THAT YOU ARE HEREBY SUMMONED to appear in this action by serving a notice of appearance on the plaintiff(s) at the address set forth below, and to do so within 20 days after the service of this Summons (not counting the day of service itself), or within 30 days after service is complete if the summons is not delivered personally to you within the State of New York.

YOU ARE HEREBY NOTIFIED THAT should you fail to answer or appear, a judgment will be entered against you by default for the relief demanded below.

Dated: MAY 29, 2007
[date of summons]

_____
[sign your name(s)]

LUIS E. ARAUJO
[print your name(s)]

316 W 47th St. Apt 3RW
N.Y., N.Y., 10036
646-345-1212
[your address(es), telephone number(s)]

NEW YORK
COUNTY CLERK'S OFFICE

JUN = 8 2007

NOT COMPARED
WITH COPY FILE

Defendant(s) RUBIN SCHRON, ABE BILLER, BEN BLUMENFIELD    91-31 QUEENS BLVD. SUITE 503
AKA: CENTRAL QUEENS PROPERTIES, AKA,                      ELMHURST, N.Y. 11373
853 SEVENTH AVE OWNERS L.LC, A.K.A
853 SEVENTH AVE ASSOCIATES; A.K.A 853                     A.K.A - 853 7th Avenue,
SEVENTH AVE REALTY CORPORATION; NEIL                      N.Y. N.Y. 10019
HARTMAN, SAL KURTZ, V. VIZINHA, M. JEREMIAS,
R. LOPEZ; G. SMITH; 853 TENANTS OF 853 7th AVE
[address(es) of party being sued]

7-06

## VERIFICATION

__LUIS E. ARAUJO__, being duly sworn, deposes and says: I am the plaintiff in the above-entitled action. I have read the foregoing complaint and know the contents thereof. The same are true to my knowledge, except as to matters therein stated to be alleged on information and belief and as to those matters I believe them to be true.

_____
[sign your name in front of a Notary]

__LUIS E. ARAUJO__
[print your name]

Sworn to before me this
__29__ day of __MAY__, 200__7__

_____
Notary Public

STANLEY TISCHLER
Commissioner of Deeds
City of New York • No. 4-9561
Certificate Filed in New York County
Commission Expires May 1, 2998

[Print in <u>black</u> ink all areas in bold letters. Both pages *must* be completed. This summons *cannot* be used for divorce actions.]

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

------------------------------------------------------------x

LUIS E. ARAUJO,
[your name(s)]                              Plaintiff(s)

- against -

RUBIN SCHRON, ABE BILLER, BEN BLUMENFIELD,
NEIL HARTMAN; SAL KURTZ; 853 TENANTS;
VICTOR VIZINHA, RALPH LOPEZ, GILBERTO (PORTER)
853 TENANTS OF 853 7TH Ave,
[name(s) of party being sued]     Defendant(s)

------------------------------------------------------------x

SUMMONS WITH NOTICE

Index Number  07601778

Date Index Number purchased May 29, 2007

To the Person(s) Named as Defendant(s) above:

PLEASE TAKE NOTICE THAT YOU ARE HEREBY SUMMONED to appear in this action by serving a notice of appearance on the plaintiff(s) at the address set forth below, and to do so within 20 days after the service of this Summons (not counting the day of service itself), or within 30 days after service is complete if the summons is not delivered personally to you within the State of New York.

YOU ARE HEREBY NOTIFIED THAT should you fail to answer or appear, a judgment will be entered against you by default for the relief demanded below.

Dated: May 29, 2007
[date of summons]

[sign your name(s)] Luis E. Araujo
LUIS E. ARAUJO
[print your name(s)]

316 W 47th St. Apt 3RW
N.Y. N.Y. 10036
646-345-1212
[your address(es), telephone number(s)]

Defendant(s) R. SCHRON, A. BILLER, B. BLUMENFIELD     91-31 QUEENS BOULEVARD
N. HARTMAN, S. KURTZ.                                  SUITE 503 ELMHURST, NY, 11373
V. VIZINHA, R. LOPEZ, GILBERTO (PORTER)
853 TENANTS AT 853 7TH Ave.                            853 7TH Ave NY, NY, 10019
[address(es) of party being sued]

7-06

Notice: The nature of this action is [*briefly* describe the nature of your case against the defendant(s), such as, breach of contract, negligence]:

I WAS FIRED FOR NOT SHOWING UP TO WORK, I CALLED IN SICK TO MR VIZINHA...ETC, BREACH OF CONTRACT. FIRED DUE TO OTHER CAUSES; EXTENSIVE DAMAGE DONE TO YEARS WORKED, AND TO MY NEAR BY RETIREMENT.--... ETC.- ALSO PHYSICAL DAMAGE (ROSACEA, BRONCHITIS...etc)

The relief sought is [*briefly* describe the kind of relief you are asking for, such as, money damages of $25,000] 4 YEARS CLOSE TO FULL RETIREMENT. PENSION PLAN ...ETC.; 100,000 DLLS OR TO JUDGE JUDGEMENT -...ETC.

Should defendant(s) fail to appear herein, judgment will be entered by default for the sum of 100,000 00 [amount of money demanded], with interest form the date of JUNE 20th 2006 [date from which interest on the amount demanded is claimed] and the costs of this action.

Venue:

Plaintiff(s) designate New York County as the place of trial. The basis of this designation is [check box that applies]:

☒ Plaintiff(s) residence in New York County

☒ Defendant(s) residence in New York County

☐ Other [See CPLR Article 5]: _____

2

Sum w/Not7-06