UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LUIS E. ARAUJO,

                     Plaintiff,

              -against-

RUBIN SCHRON, ABE BILLER, BEN
BLUMENFIELD, A.K.A. CENTRAL QUEENS
PROPERTIES, A.K.A. 853 SEVENTH AVE.
OWNERS L.L.C., A.K.A. 853 SEVENTH
AVENUE ASSOCIATES, A.K.A. 853
SEVENTH AVE. REALTY CORPORATION,
NEIL HARTMAN, SAL KURTZ, VICTOR
VIZINHA, MANOEL JEREMIAS, RALPH
LOPEZ, GILBERTO SMITH, 853 TENANTS
OF 853.

                     Defendants.
------------------------------------------------------------x

JUDGE KAPLAN

07 CIV 6210

Civil Action No.

RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS



RECEIVED
JUL 0 3 2007
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Fed. R. Civ. P. 7.1, and to enable judges and magistrates of this Court to evaluate possible disqualifications or recusal, the undersigned attorney of record for Defendants Rubin Schron, Abe Biller, Ben Blumenfield, A.K.A. Central Queens Properties, A.K.A. 853 Seventh Ave. Owners L.L.C., A.K.A. 853 Seventh Avenue Associates, A.K.A. 853 Seventh Avenue Realty Corporation, Neil Hartman, Sal Kurtz, Victor Vizinha, Manoel Jeremias, Ralph Lopez and Gilberto Smith, certifies that Defendants are not a publicly-held corporation and do not have a parent corporation.

Dated: New York, New York
July 3, 2007

                                Respectfully submitted,

                                CLIFTON BUDD & DeMARIA LLP
                                Attorneys for Defendants

                                By: _____
                                     Robert Sparer (RS-1355)
                                     420 Lexington Avenue, Suite 420
                                     New York, New York 10170
                                     (212) 687-7410
                                     Fax: (212) 687-3285

TO:   Luis E. Araujo
       Plaintiff, *Pro Se*
       316 W. 47th Street, Apt 3RW
       New York, NY 10036
       (646) 345-1212