## AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK    )
                     )   ss:
COUNTY OF NEW YORK   )

BRENNA GLEASON deposes and says:

I am not a party to the action; I am over 18 years of age; and I reside in Queens, New York.

On July 5, 2007, I served a copy of the within **Notice of Removal of Action, Rule 7.1 Corporate Disclosure Statement of Defendants and Civil Cover Sheet** upon:

> Luis E. Araujo
> 316 W. 47th Street, Apt 3RW
> New York, NY 10036

at the address designated by said attorney for that purpose, by depositing a true copy of same enclosed in a postage paid, properly addressed envelope, in an official depository under the exclusive care and custody of the United States Postal Service.

_____
BRENNA GLEASON

Sworn to before me this
5th day of July, 2007

_____
Notary Public

DIANE M. PIETRASZEWSKI
NOTARY PUBLIC-STATE OF NEW YORK
No. 02PI6149088
Qualified in Queens County
My Commission Expires July 03, 2010