## AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK    )
                     )  ss:
COUNTY OF NEW YORK   )

      STEFANIE MUNSKY deposes and says:

      I am not a party to the action; I am over 18 years of age; and I reside in New York, New York.

      On July 9, 2007, I served a copy of the within **Individual Court Rules of Lewis A. Kaplan, USDC/SDNY Instructions for Filing an Electronic Case or Appeal, USDC/SDNY Procedures for Electronic Case Filing, USDC/SDNY Guidelines for Electronic Case Filing** upon:

> Luis E. Araujo
> 316 W. 47th Street, Apt 3RW
> New York, NY 10036

at the address designated by said attorney for that purpose, by depositing a true copy of same enclosed in a postage paid, properly addressed envelope, in an official depository under the exclusive care and custody of the United States Postal Service.

                                                */s/ Stefanie Munsky*
                                                STEFANIE MUNSKY

Sworn to before me this
9th day of July, 2007

_____
Notary Public

DANIEL W. MORRIS
NOTARY PUBLIC-STATE OF NEW YORK
No. 02MO6139125
Qualified In Westchester County
My Commission Expires December 27, 2???