UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LUIS E. ARAUJO,

                Plaintiff,

        -against-

RUBIN SCHRON, ABE BILLER, BEN BLUMENFIELD, A.K.A. CENTRAL QUEENS PROPERTIES, A.K.A. 853 SEVENTH AVE. OWNERS L.L.C., A.K.A. 853 SEVENTH AVENUE ASSOCIATES, A.K.A. 853 SEVENTH AVE. REALTY CORPORATION, NEIL HARTMAN, SAL KURTZ, VICTOR VIZINHA, MANOEL JEREMIAS, RALPH LOPEZ, GILBERTO SMITH, 853 TENANTS OF 853.

                Defendants.
------------------------------------------------------------x

JUDGE KAPLAN

**07 CIV 6210**
Civil Action No.

<u>RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS</u>



RECEIVED
JUL 0 3 2007
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Fed. R. Civ. P. 7.1, and to enable judges and magistrates of this Court to evaluate possible disqualifications or recusal, the undersigned attorney of record for Defendants Rubin Schron, Abe Biller, Ben Blumenfeld, A.K.A. Central Queens Properties, A.K.A. 853 Seventh Ave. Owners L.L.C., A.K.A. 853 Seventh Avenue Associates, A.K.A. 853 Seventh Avenue Realty Corporation, Neil Hartman, Sal Kurtz, Victor Vizinha, Manoel Jeremias, Ralph Lopez and Gilberto Smith, certifies that Defendants are not a publicly-held corporation and do not have a parent corporation.

Dated: New York, New York
July 3, 2007

Respectfully submitted,

CLIFTON BUDD & DeMARIA LLP
Attorneys for Defendants

By: _____
Robert Sparer (RS-1355)
420 Lexington Avenue, Suite 420
New York, New York 10170
(212) 687-7410
Fax: (212) 687-3285

TO: Luis E. Araujo
Plaintiff, *Pro Se*
316 W. 47th Street, Apt 3RW
New York, NY 10036
(646) 345-1212