## AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK   )
                                  )   ss:
COUNTY OF NEW YORK  )

STEFANIE MUNSKY deposes and says:

I am not a party to the action; I am over 18 years of age; and I reside in New York, New York.

On July 9, 2007, I served a copy of the within **Answer to Summons with Notice** upon:

        Luis E. Araujo
        316 W. 47th Street, Apt 3RW
        New York, NY 10036

at the address designated by said attorney for that purpose, by depositing a true copy of same enclosed in a postage paid, properly addressed envelope, in an official depository under the exclusive care and custody of the United States Postal Service.

_____
STEFANIE MUNSKY

Sworn to before me this
9th day of July, 2007

_____
Notary Public

DANIEL W. MORRIS
NOTARY PUBLIC-STATE OF NEW YORK
No. 02MO6139125
Qualified in Westchester County
My Commission Expires December 27, 2‍‍