UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LUIS E. ARAUJO,

      Plaintiff,

   -against-         Civil Action No. 07 Civ 6210 (LAK)

RUBIN SCHRON, ABE BILLER, BEN  **NOTIFICATION TO PLAINTIFF OF**
BLUMENFIELD, A.K.A. CENTRAL QUEENS **REMOVAL OF ACTION**
PROPERTIES, A.K.A. 853 SEVENTH AVE.
OWNERS L.L.C., A.K.A. 853 SEVENTH
AVENUE ASSOCIATES, A.K.A. 853
SEVENTH AVE. REALTY CORPORATION,
NEIL HARTMAN, SAL KURTZ, VICTOR
VIZINHA, MANOEL JEREMIAS, RALPH
LOPEZ, GILBERTO SMITH, 853 TENANTS
OF 853.

      Defendants.
------------------------------------------------------------x

  **PLEASE TAKE NOTICE**, that pursuant to 28 U.S.C. § 1441, Defendants, Rubin Schron, Abe Biller, Ben Blumenfield, A.K.A. Central Queens Properties, A.K.A. 853 Seventh Ave. Owners L.L.C., A.K.A. 853 Seventh Avenue Associates, A.K.A. 853 Seventh Avenue Realty Corporation, Neil Hartman, Sal Kurtz, Victor Vizinha, Manoel Jeremias, Ralph Lopez and Gilberto Smith (collectively, "Defendants"), removed *Luis E. Araujo v. Rubin Schron, Abe Biller, Ben Blumenfield, A.K.A.Central Queens Properties, A.K.A. 853 Seventh Ave. Owners L.L.C., A.K.A. 853 Seventh Avenue Associates, A.K.A. 853 Seventh Avenue Realty Corporation, Neil Hartman, Sal Kurtz, Victor Vizinha, Manoel Jeremias, Ralph Lopez, Gilberto Smith, 853 Tenants of 853*, Index No. 07601778/07 from the Supreme Court of the State of New York, County of New York to the United States District Court for the Southern District of New York located in New York, New York on July 3, 2007. A copy of the Notice of Removal is attached hereto. Pursuant to 28 U.S.C. § 1446(d), the New York Supreme Court, New York County, is

without authority to proceed in this matter unless and until the case is remanded by the federal court.

Dated: New York, New York
July 10, 2007

                                           Respectfully submitted,

                                           CLIFTON BUDD & DeMARIA LLP
                                           Attorneys for Defendants

                                           By: _____
                                               Robert Sparer (RS-1355)
                                               420 Lexington Avenue, Suite 420
                                               New York, New York 10170
                                               (212) 687-7410
                                               Fax: (212) 687-3285

TO:    Luis E. Araujo
        Plaintiff, *Pro Se*
        316 W. 47th Street, Apt 3RW
        New York, NY 10036
        (646) 345-1212