## AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK     )
                       )    ss:
COUNTY OF NEW YORK  )

STEFANIE MUNSKY deposes and says:

I am not a party to the action; I am over 18 years of age; and I reside in New York, New York.

On July 11, 2007, I served a copy of the within **Notification to Plaintiff of Removal of Action** upon:

> Luis E. Araujo
> 316 W. 47th Street, Apt 3RW
> New York, NY 10036

at the address designated by said attorney for that purpose, by depositing a true copy of same enclosed in a postage paid, properly addressed envelope, in an official depository under the exclusive care and custody of the United States Postal Service.

_____
STEFANIE MUNSKY

Sworn to before me this
11th day of July, 2007

_____
Notary Public

SHERYL ANN EWART SORENSEN
Notary Public, State of New York
No. 02EW6138793
Qualified in Kings County
Commission Expires 12/27/20___