UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS E. ARAUJO,

       Plaintiff,

  - against -

RUBIN SCHRON, ET AL.,

       Defendant.

**PRETRIAL CONFERENCE ORDER**

07 Civ. 6210 (LAK) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

 This action has been referred to Magistrate Judge Ronald L. Ellis for GENERAL PRETRIAL. **A CONFERENCE WILL BE HELD IN THIS CASE BY THE JUDGE ON OCTOBER 30, 2007, AT 10:00 A.M. IN COURTROOM 18D, 500 PEARL STREET.** YOU ARE REQUIRED TO APPEAR PERSONALLY AT THIS CONFERENCE IF YOU ARE PROCEEDING IN THIS CASE AS A PRO SE. You must send a copy of this notice to defendant's attorney. If, as far as you know, the defendant has not yet retained an attorney, you must send a copy of this notice to the defendant at the address at which he or she was served with the summons and complaint. .

 At the initial conference, the parties must be fully prepared to discuss any issues pertaining to this case, including subject matter jurisdiction, venue, schedules for discovery, insurance coverage and settlement. **AT LEAST FIVE DAYS BEFORE THE CONFERENCE, THE PARTIES MUST MEET TO DISCUSS THE MATTERS SPECIFIED IN FEDERAL RULE CIVIL PROCEDURE 26(f).** At or prior to the meeting between the parties, the parties must comply with automatic disclosure requirements of Rule 26 (a) (1).

 No request for adjournment will be considered unless made at least **THREE BUSINESS DAYS** before the scheduled conference and only after the parties have consulted with each other. Direct inquiries to Debbie Smith, 212-805-0242.

*[signature]*
The Honorable Ronald L. Ellis
United States Magistrate Judge

SO ORDERED
August 1, 2007