```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS E. ARAUJO,

                Plaintiff,

     - against -

RUBIN SCHRON, et al.,

                Defendants.

ORDER

07 Civ. 6210 (LAK) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following Defendants' request for an extension of the deadline for submission of the joint pretrial order, and upon good cause shown,

    **IT IS HEREBY ORDERED** that the Parties will submit a joint pretrial order by **March 28, 2008.**

**SO ORDERED this 5th day of February 2008**
New York, New York

                                        _____
                                        The Honorable Ronald L. Ellis
                                        United States Magistrate Judge