KAPLAN, J

RECEIVED
FEB 13 2008
JUDGE KAPLAN'S CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
LUIS E. ARAUJO,

                Plaintiff,

           -against-                       Civil Action No. 07 civ 6210
                                            (LAK)(RLE)

RUBIN SCHRON, ABE BILLER, BEN
BLUMENFIELD, A.K.A. CENTRAL QUEENS   **STIPULATION OF**
PROPERTIES, A.K.A. 853 SEVENTH AVE.   **DISMISSAL WITH PREJUDICE**
OWNERS L.L.C., A.K.A. 853 SEVENTH
AVENUE ASSOCIATES, A.K.A. 853
SEVENTH AVE. REALTY CORPORATION,
NEIL HARTMAN, SAL KURTZ, VICTOR
VIZINHA, MANOEL JEREMIAS, RALPH
LOPEZ, GILBERTO SMITH, 853 TENANTS
OF 853,

                Defendants.
----------------------------------------------------------x

       **IT IS HEREBY STIPULATED, CONSENTED AND AGREED**, by and between Plaintiff Luis E. Araujo and Clifton Budd & DeMaria, LLP, counsel for Defendants (except 853 Tenants of 853), that pursuant to Fed. R. Civ. P. 41(a), the above-captioned action is voluntary dismissed with prejudice and without costs or attorneys' fees to any party.

LUIS E. ARAUJO                              CLIFTON BUDD & DeMARIA, LLP
*Pro Se Plaintiff*                                  *Attorneys for Defendants*

[signature]                                          By: [signature]
316 W. 47th Street, Apt. 3RW                   Robert A. Sparer (RS-1355)
New York, New York 10036                     420 Lexington Avenue, Suite 420
(646) 345-1212                                              New York, New York 10170
                                                           (212) 687-7410

Dated: FEB 04 2008                           Dated: February 12, 2008
New York, New York                              New York, New York

SO ORDERED: [signature]
Hon. Lewis A. Kaplan, U.S.D.J.
2/14/08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/08