UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LUIS E. ARAUJO,

              Plaintiff,

    -against-

RUBIN SCHRON, ABE BILLER, BEN
BLUMENFIELD, A.K.A. CENTRAL QUEENS
PROPERTIES, A.K.A. 853 SEVENTH AVE.
OWNERS L.L.C., A.K.A. 853 SEVENTH
AVENUE ASSOCIATES, A.K.A. 853
SEVENTH AVE. REALTY CORPORATION,
NEIL HARTMAN, SAL KURTZ, VICTOR
VIZINHA, MANOEL JEREMIAS, RALPH
LOPEZ, GILBERTO SMITH, 853 TENANTS
OF 853,

              Defendants.
------------------------------------------------------------x

Civil Action No. 07 civ 6210
(LAK)(RLE)

**ORDER**

[RECEIVED MAY 06 2008 JUDGE KAPLAN'S CHAMBERS]

    In an Order dated February 14, 2008, the above-captioned action was voluntary dismissed with prejudice and without costs of attorneys' fees to any party. Defendant "853 Tenants of 853", which was never served in the above-captioned action and is not a known legal entity did not appear in this action.

    **NOW** upon the desire of all parties to voluntary dismiss the above-captioned action with prejudice;

    **IT IS ORDERED** on this 6th day of May 2008 that Defendant "853 Tenants of 853" is dismissed with prejudice and without costs or attorneys' fees to any party from the above-captioned action, closing the case as to all parties involved.

                                                               Hon. Lewis A. Kaplan, U.S.D.J.